IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ULRICH BASTIAN,

    Plaintiff,

v.

BRODERBUND LLC, et al.

    Defendants.

No. C 02-05386 JSW

**ORDER REQUIRING STATUS REPORTS**

On June 15, 2004, the Court granted a request to stay this matter pending resolution of German insolvency proceedings. On November 19, 2004, plaintiff filed a status report. There has been no further action in this matter since that time.

Accordingly, plaintiff is HEREBY ORDERED to provide the Court with a status report on the status of the German insolvency proceedings by no later than August 19, 2005, and shall submit status reports every ninety days thereafter until the stay is lifted or this matter is otherwise resolved.

**IT IS SO ORDERED.**

Dated: August 10, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE