IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRICH BASTIAN, Insolvency Administrator for Assets of the TLC, The Learning Company Deutschland GmbH,<br><br>Plaintiff,<br><br>v.<br><br>BRODERBUND LLC; GORES TECHNOLOGY GROUP; THE REVOCABLE LIVING TRUST AGREEMENT OF ALEC E. GORES; WIZARD HOLDING COMPANY, LLC; GTG/WIZARD LLC; GORES HOLDING CORPORATION,<br><br>Defendants. | No. C 02-5386 JSW<br><br>**ORDER DENYING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST TO: (1) LIFT STAY, (2) DECIDE PENDING MOTION TO DISMISS, AND (3) SET CASE FOR TRIAL** |

On February 24, 2006, Defendants filed a miscellaneous administrative request to: (1) lift the stay, (2) decide the "pending" motion to dismiss filed on April 26, 2004, and (3) set the case for trial. On April 26, 2004, Defendants filed a motion to dismiss Plaintiff's Third Amended Complaint or to stay these proceedings pending the resolution of a prior-filed bankruptcy action going forward in Germany. On June 15, 2005, the Court granted Defendants' motion and issued a stay.

Defendants' request to lift the stay is not a matter properly addressed by an administrative request. Accordingly, Defendants' request is DENIED without prejudice to Defendants' raising this issue on a properly noticed motion. The Court FURTHER DENIES the request Plaintiff made for sanctions in opposition to Defendants' administrative request. Finally, the Court notes that while Defendants also request the Court decide the "pending"

motion to dismiss, there is no motion to dismiss currently pending. On June 15, 2004, the Court granted Defendants' motion for a stay, which at the time, rendered moot the alternative relief sought to dismiss the case, and the Court terminated the entire motion. If and when the stay is lifted in this matter, Defendants may file another motion to dismiss.

**IT IS SO ORDERED.**

Dated: April 20, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE