IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ULRICH BASTIAN,

    Plaintiff,

v.

BRODERBUND LLC, et al.

    Defendants.

No. C 02-05386 JSW

**ORDER REQUIRING STATUS REPORTS**

On August 10, 2005, this Court issued an Order requiring the Plaintiff to submit status reports every ninety (90) days regarding the status of German insolvency proceedings. On February 24, 2006, Defendants filed a miscellaneous administrative request to lift the stay in this matter, which was denied without prejudice on April 20, 2006. Plaintiff has not submitted a status report in accordance with the Court's August 10, 2005 Order since August 11, 2005.

Accordingly, plaintiff is HEREBY ORDERED to provide the Court with a status report on the status of the German insolvency proceedings by no later than November 3, 2006, and *shall submit status reports every ninety days thereafter until the stay is lifted or this matter is otherwise resolved*. If any party wishes to have the stay lifted, that must file a properly noticed motion seeking such relief.

**IT IS SO ORDERED.**

Dated: October 27, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE